IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DORN ALLEN FREEMAN,

    Petitioner,               No. CIV S-07-1898 LKK EFB P

    vs.

MS. EVANS, Warden,

    Respondent.           ORDER

_____/

    Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On December 14, 2007, respondent moved to dismiss the petition on the ground that it contains both exhausted and unexhausted claims. On January 11, 2008, petitioner filed a motion to stay this action and hold it in abeyance while he presents his unexhausted claims to the state courts. Defendants have not filed an opposition or a statement of no opposition. *See* L. R. 78-230(m).

    Accordingly, it hereby is ORDERED that:

    1. Respondent has 30 days from the date this order is served to file either an opposition or a statement of no opposition to plaintiff's motion; and,

////

////

1

1     2. Failure to comply with this order will result in a finding that respondent has waived
2 any opposition to granting petitioner's motion. *See* L. R. 78-230(m).
3 Dated: February 11, 2008.

                EDMUND F. BRENNAN
                UNITED STATES MAGISTRATE JUDGE