1

2

3

4

5

6

7

8               IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DORN ALLEN FREEMAN,

11          Petitioner,                    No. CIV S-07-1898 LKK CHS P

12       vs.

13   M. S. Evans,

14          Respondent.      _____ORDER

15   _____/

16          Petitioner, a state prisoner proceeding pro se, filed a timely notice of appeal of this

17   court's September 29, 2009 order denying his application for writ of habeas corpus.  Before

18   petitioner can appeal this decision, a certificate of appealability must issue.  28 U.S.C. § 2253(c);

19   Fed. R. App. P. 22(b).

20          A certificate of appealability may issue under 28 U.S.C. § 2253 "if the applicant

21   has made a substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2).

22   The certificate of appealability must "indicate which specific issue or issues satisfy" the

23   requirement.  28 U.S.C. § 2253(c)(3).

24          A certificate of appealability should be granted for any issue that petitioner can

25   demonstrate is "'debatable among jurists of reason,'" could be resolved differently by a different

26   court, or is "'adequate to deserve encouragement to proceed further.'"  *Jennings v. Woodford*,

1

1   290 F.3d 1006, 1010 (9th Cir. 2002) (quoting *Barefoot v. Estelle*, 463 U.S. 880, 893 (1983)).[1]

2          In this case, petitioner failed to make a substantial showing with respect to either

3   of the claims presented.

4          Accordingly, IT IS HEREBY ORDERED that a certificate of appealability shall

5   not issue in the present action.

6   DATED:   January 8, 2010.

7

8                                                            _____
                                                             LAWRENCE K. KARLTON
9                                                            SENIOR JUDGE
                                                             UNITED STATES DISTRICT COURT
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

_____

25          [1] Except for the requirement that appealable issues be specifically identified, the standard
    for issuance of a certificate of appealability is the same as the standard that applied to issuance of
26   a certificate of probable cause. *Jennings*, at 1010.